# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 08-cv-01133-EWN-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** August 26, 2008 | **Courtroom Deputy:** Debra Brown |

| | |
|---|---|
| COORSTEK, INC. | Jared Barrett Briant |
| | Nina Y. Wang |
| **Plaintiff(s),** | |
| v. | |
| STEVEN F. REIBER, *et al.* | James Kendall Lewis |
| **Defendant(s).** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** **TELEPHONIC MOTIONS HEARING**

**Court in Session: 1:30 p.m.**

Court calls case. Appearances of counsel.

**ORDERED:** Defendants' [19] Stipulated MOTION to Withdraw Document re [#15] MOTION to Stay Proceedings and Motion for Protective Order and [#9] MOTION to Dismiss for Lack of Personal Jurisdiction by Plaintiff CoorsTek, Inc. is **GRANTED.** Documents [#15] MOTION to Stay Proceedings and Motion for Protective Order and [#9] MOTION to Dismiss for Lack of Personal Jurisdiction are **DENIED AS MOOT.**

**ORDERED:** The Court clarifies that the discovery deadline is set for December 08, 2008.

HEARING CONCLUDED.

**Court in recess**: **1:40 p.m.**
Total time in court:     00:10