IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08–cv–01133–EWN–CBS

COORSTEK, INC.,
a Delaware corporation,

      Plaintiff,

v.

STEVEN F. REIBER, and
MARY L. REIBER,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Joint Motion for Entry of Stipulated Protective Order (*doc. no. 27)* is **GRANTED**. The proposed stipulated protective order (*doc. no. 27-2)* is accepted by the court.

      In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    September 12, 2008