IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08–cv–01133–EWN–CBS

COORSTEK, INC.,
a Delaware corporation,

    Plaintiff,

v.

STEVEN F. REIBER, and
MARY L. REIBER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants/Counterclaimants' Unopposed Motion to Amend Scheduling Order Regarding Joinder (*doc. # 34*) is GRANTED. The deadline for joinder of parties and amendment of pleadings is extended to on or before **October 25, 2008**.

**DATED:**    September 23, 2008