# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 08-cv-01133-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** November 3, 2008 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| COORSTEK, INC., | Nina Y. Wang, via telephone |
| a Delaware corporation, | Jared B. Briant, via telephone |
| **Plaintiff,** | |
| v. | |
| STEVEN F. REIBER, *et al.*, | Robert J. Yorio, via telephone |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC DISCOVERY CONFERENCE**
**Court in Session:      3:00 p.m.**
Court calls case.  Appearances of counsel.

Counsel discuss with the court the Defendants' and Counterclaimants' Motion for Protective Order, Motion for Stay, Request for Expedited Hearing and Memorandum of Law in Support Thereof [filed October 31, 2008; doc. 50].

**ORDERED:** Defendants' and Counterclaimants' Motion for Protective Order, Motion for Stay, Request for Expedited Hearing and Memorandum of Law in Support Thereof [filed October 31, 2008; doc. 50] is denied as moot for the reason stated on the record.

**ORDERED:** All deadlines related to the Markman Hearing and the hearing itself are vacated.  The discovery cutoff and dispositive motion deadline are vacated, and will be reset by the court following the November 17, 2008 status conference.  The Preliminary Pretrial Conference is vacated.

**ORDERED:** Status Conference set for November 17, 2008 at 11:30 a.m.  Counsel for the parties shall be present in court for this conference.

HEARING CONCLUDED.
**Court in recess:      3:14 p.m.**                              Total time in court:    00:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.