# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 08-cv-01133-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: December 8, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| COORSTEK, INC., <br> a Delaware corporation, | Nina Y. Wang <br> Natalie Hanlon-Leh <br> Peter J. Kinsella |
| **Plaintiff,** | |
| v. | |
| STEVEN F. REIBER, *et al.,* | Colby B. Springer, via telephone <br> James K. Lewis |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: SCHEDULING CONFERENCE/MOTION HEARING**
**Court in session:** 9:02 a.m.
Court calls case. Appearances of counsel.

The proposed amended scheduling order is discussed.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties: **January 7, 2009.**

Discovery Cut-off: **June 30, 2009.**

Dispositive Motions deadline: **July 31, 2009.**

Each side shall be limited to **five (5)** expert witnesses, absent leave of court.

Each side shall be limited to **thirty (30)** non-expert depositions.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than May 22, 2009**.

Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

**SETTLEMENT CONFERENCE** is set for **January 5, 2009 at 10:00 a.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.

The parties shall exchange numbers regarding what they will offer or accept for a global settlement on or before **December 19, 2008**. The parties shall provide a synopsis of these numbers to Magistrate Judge Shaffer by **December 23, 2008.**

Each party may submit an Updated Confidential Settlement Statement to Magistrate Judge Shaffer **on or before December 30, 2008** outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**. ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

- Amended Scheduling Order is signed and entered with interlineations.

Counsel present arguments regarding CoorsTek's Motion to Amend Complaint [filed October 24, 2008; doc. 47] and Plaintiff's Motion to Amend Reply to Defendants' Counterclaim [filed October 24, 2008; doc. 48].

**ORDERED: CoorsTek's Motion to Amend Complaint [filed October 24, 2008; doc. 47] is granted for the reasons stated on the record. The First Amended Complaint (*doc. 47-2*) is accepted for filing on this date.**

**ORDERED: Plaintiff's Motion to Amend Reply to Defendants' Counterclaim [filed October 24, 2008; doc. 48] is granted for the reason stated on the record. CoorsTek's First Amended Reply to Defendants' Counterclaims (*doc. 48-2*) is accepted for filing on this date.**

HEARING CONCLUDED.
**Court in recess: 10:16 a.m.**
Total time in court: 01:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.