**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-1133-KMT-CBS

COORSTEK, INC.,

       Plaintiff,

v.

STEVEN F. REIBER, and
MARY L. REIBER,

       Defendants.

___

**ORDER EXTENDING SCHEDULING ORDER**
___

THIS MATTER comes before the Court on the Parties' Joint Motion to Extend Scheduling Order (Doc. No. 99).

**IT IS ORDERED** that:

The Parties' Joint Motion is **GRANTED**, and

The Scheduling Order deadlines are extended as follows:

| | |
|---|---|
| October 20-21, 2009 | Deposition of Steve Reiber and Anza Corporation |
| November 20, 2009 | End of fact discovery<br>Proposed Definitions of Terms to Be Construed |
| December 18, 2009 | Opening *Markman* Briefs<br>Expert Report Deadline for Claim Construction Experts |

| | |
|---|---|
| January 29, 2010 | Rebuttal *Markman* Briefs Due<br>Rebuttal Expert Reports Deadline for Claim Construction Experts |
| **February 18, 2010**<br>**9:00 a.m.** | *Markman* Hearing **(set for three hours)** |
| March 26, 2010 | Opening Experts Reports Due (on all topics which the party has the burden of proof) |
| April 23, 2010 | Rebuttal Expert Reports Due |
| June 11, 2010 | Expert Discovery Deadline |
| July 12, 2010 | Dispositive Motions Deadline |
| **August 13, 2010**<br>**9:00 a.m.** | Final Pretrial Conference |

Dated this 1st day of July, 2009.

                                                  **BY THE COURT:**

                                                  Kathleen M. Tafoya<br>
                                                  United States Magistrate Judge