IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01133–KMT–CBS

COORSTEK, INC., a Delaware corporation,

    Plaintiff,

v.

STEVEN F. REIBER, and
MARY L. REIBER, individuals,

    Defendants.

---

## ORDER

---

THIS MATTER comes before the Court on Defendants Steven F. Reiber and Mary L. Reibers' "Unopposed Motion for Protective Order re Steven Reiber and Anza Technology Depositions" [Doc. No. 101, filed October 28, 2009]. After considering the materials presented by the parties and being otherwise fully advised, it is hereby

**ORDERED** Defendants' "Unopposed Motion for Protective Order re Steven Reiber and Anza Technology Depositions" [Doc. No. 101] is **GRANTED**. Steven F. Reiber and Anza Technology, Inc. are hereby relieved from the obligation to appear for deposition on October 27-28, 2009 as presently noticed. CoorsTek is specifically authorized to conduct these two depositions following the close of fact discovery, which is presently scheduled for November 20, 2009.

IT IS FURTHER **ORDERED** a status conference is scheduled for **November 17, 2009, at 10:30 a.m.** in the Byron Rogers Federal Courthouse, 1929 Stout Street, Courtroom C-201, Denver, Colorado to discuss future scheduling of the remaining discovery in light of the medical status of Mr. Reiber.

Dated this 3d day of November, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge