# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.**   08-cv-01133-KMT-CBS | FTR |
| **Date:**   January 20, 2010 | Debra Brown, Deputy Clerk |
| COORSTEK, INC., | Nina Y. Wang |
| | Kate DeHoff |
| Plaintiffs. | (In-house counsel for plaintiff) |
| v. | |
| STEVEN F. REIBER, *et al.* | Christopher Grewe (Telephone) |
| | Colby Springer (Telephone) |
| Defendants. | Robert Yorio (Telephone) |
| | James Lewis |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session: 9:01 a.m.**

Court calls case.  Appearances of counsel.

Plaintiff's [111] MOTION to Compel [Expedited] Communications Between Robert Atkin and Defendants' Patent Counsel  [Redacted for Public Filing] filed November 25, 2009 at issue. Argument by Counsel.

**ORDERED:**   Plaintiff's [111] MOTION to Compel [Expedited] Communications Between Robert Atkin and Defendants' Patent Counsel  [Redacted for Public Filing] is **TAKEN UNDER ADVISEMENT** and a written Order will issue.

**ORDERED:**   Parties shall file a notice within thirty-six (36) hours regarding any further briefing which may be required by reason of the California order granting summary judgment in favor of the Reibers and against Dr. Atkin.

**ORDERED:**   **STATUS CONFERENCE set for April 02, 2010 at 9:00 a.m.** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

**Court in Recess: 10:03 a.m.**
Total In-Court Time 1:02, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.