IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 08-cv-01133-KT-CBS
_____

COORSTEK, INC.,

       Plaintiff,

v.

STEVEN F. REIBER, and
MARY L. REIBER,

       Defendants,

v.

COORSTEK, INC.,

       Counter-Defendant.
_____

**COORSTEK'S NOTICE OF FILING OF SUPPLEMENT TO EXPEDITED MOTION TO COMPEL DICOVERY OF COMMUNICATIONS BETWEEN ROBERT ATKIN AND DEFENDANTS' PATENT COUNSEL**
_____

Plaintiff CoorsTek, Inc. ("CoorsTek") hereby provides the Court with a copy of the January 11, 2010 Order entered in *Reiber v. P.E. Ceramics Co.*, No. SCV-24047, Placer County Superior Court, California (the "California court order"), which is attached hereto as Exhibit A.

In response to the Court's inquiry during the January 20, 2010 hearing in this case and the Court's January 20, 2010 Minute Order (Dkt. # 131), CoorsTek states that it has reviewed the California court's order and believes that no additional briefing based on the California court's order is necessary.

Dated this 20th day of January, 2010.

        Respectfully submitted,

        s/ *Jared B. Briant*
        Natalie Hanlon-Leh
        Peter J. Kinsella
        Nina Y. Wang
        Jared B. Briant
        FAEGRE & BENSON LLP
        1700 Lincoln Street, Suite 3200
        Denver, Colorado 80203
        Telephone: (303) 607-3500
        Facsimile: (303) 607-3600
        Email: nhanlon@faegre.com
              pkinsella@faegre.com
              nwang@faegre.com
              jbriant@faegre.com

        *Attorneys for Plaintiff CoorsTek, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2010, I electronically filed the foregoing **COORSTEK'S NOTICE OF FILING OF SUPPLEMENT TO EXPEDITED MOTION TO COMPEL DICOVERY OF COMMUNICATIONS BETWEEN ROBERT ATKIN AND DEFENDANTS' PATENT COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following persons at the given email addresses:

James K. Lewis
Patton Boggs, LLP
1801 California St., Suite 4900
Denver, Colorado 80202
jlewis@pattonboggs.com

Robert J. Yorio
Kenneth B. Wilson
Colby Springer
Myrna M. Schelling
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, California 94303
ryorio@carrferrell.com
kwilson@carrferrell.com
cspringer@carrferrell.com
mschelling@carrferrell.com

                                                        s/ *Jared B. Briant*