IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01133–KMT–CBS

COORSTEK, INC., a Delaware corporation,

    Plaintiff,

v.

STEVEN F. REIBER, and
MARY L. REIBER, individuals,

    Defendants.

---

## ORDER

---

This matter is before the court on the parties Joint Status Report [Doc. No. 155] filed July 20, 2010. Based upon the submissions of the parties, it is

**ORDERED** as follows:

1. Plaintiff seeks additional time to depose Steven F. Reiber in both his individual capacity and as representative of Anza Technology. Both parties agree that the previous depositions of Mr. Reiber were conducted without undue delay and were not cumulative or duplicative. The court finds the Plaintiff has set forth adequate grounds why additional time is needed to depose Mr. Reiber for a fair deposition of him and of Anza Technology. Therefore, the depositions of Steven F. Reiber in both his individual and representative capacities will be allowed to continue for five additional hours <u>total</u>. Plaintiff may divide the additional time

between the depositions at its discretion, however the total time for both depositions will not exceed five hours. The parties will continue to be mindful of Mr. Reiber's continuing medical issues when scheduling the continued depositions and the depositions may occur over one or two days consistent with Mr. Reiber's ability to sit for questioning over multiple hours. Mr. Reiber's depositions must be completed no later than **August 31, 2010.**

    2.    The parties may file any motions concerning disputed discovery issues on or before **August 6, 2010.** The court expects that to the extent the parties have not agreed on production of the original notesbooks of Mr. Reiber, production of sample bonding tools sold by Anza Technologies and the additional discovery requested by the Reibers regarding the 2008 CZ material formulations, those issues, as well as any others, be raised within this deadline. Responses to discovery motions, if any, shall be filed on or before **August 16, 2010** and Replies, if any, shall be filed on or before **August 23, 2010.** A hearing on discovery motions will be held on **August 30, 2010 at 9:30 a.m.** before this court in Courtroom 201 of the Byron Rogers Federal Courthouse.

    3,    The following deadlines shall become part of the Scheduling Order in this matter:

| | |
|---|---|
| September 1, 2010 | Deadline for Mutual Exchange of Terms for Construction |
| September 15, 2010 | Deadline for Submission of Joint Proposed Constructions - Parties shall be limited to **no more than 15 claims** to be construed. |
| December 6, 2010 | Deadline for Submission of Opening Markman Briefs. Expert Report Deadline for Claim Construction Experts. |

| | |
|---|---|
| January 31, 2011 | Deadline for Submission of Responsive Markman Briefs Rebuttal Expert Report Deadline for Claim Construction Experts. |
| **February 15, 2011 at 9:00 a.m.** | **Tutorial** for court on science. Parties should consult with the clerk and make arrangements for the tutorial to be videotaped to preserve the record. |
| **February 16, 2011 at 9:00 a.m.** | **Markman Hearing** |
| April 18, 2011 | Opening Experts Reports Due (on all topics upon which the party has the burden of proof) |
| May 18, 2011 | Rebuttal Expert Reports Due |
| July 1, 2011 | Expert Discovery Deadline |
| August 1, 2011 | Dispositive Motions Deadline |
| **October 4, 2011 at 9:30 a.m.** | **Final Pretrial Conference** |

Dated this 27th day of July, 2010.

BY THE COURT:

*[signature]*

Kathleen M. Tafoya
United States Magistrate Judge