IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 08-cv-01133-KMT-CBS | FTR - Courtroom C-201 |
| **Date:** August 30, 2010 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| COORSTEK, INC., | Jared Barrett Briant |
| | Nina Y. Wang |
| Plaintiff, | |
| v. | |
| STEVEN F. REIBER, and | Christopher P. Grewe (by |
| MARY L. REIBER, individuals | telephone) |
| Defendants, | |
| v. | |
| COORSTEK, INC. | Jared Barrett Briant |
| | Nina Y. Wang |
| Counter-Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**
**Court in session:** 9:33 a.m.
Court calls case. Appearances of counsel.

Hearing on CoorsTek's Expedited Motion to Compel Production of Original Notebooks and Sample Bonding Tools [Doc. No. 159, filed August 6, 2010] and Defendants Steven F. Reiber's and Mary L. Reiber's Motion to Amend the Scheduling Order to Permit Limited Discovery Regarding Coorstek Tools Purportedly Made from a New 2008 CZ1, CZ3, CZ6 and CZ8 Material Formulation [Doc. No. 160, filed August 6, 2010].

Discussion on Plaintiff's Motion to Compel Production [159].
Discussion on Defendant's Motion to Permit Limited Discovery [160].

Oral arguments from Defendant.

Oral arguments from Plaintiff.


**It is ORDERED:**   Coorstek's Expedited Motion to Compel Production of Original Notebooks and Sample Bonding Tools [159] is **GRANTED**. Complete notebooks and date books shall be provided to Plaintiff's counsel by September 3, 2010. Sample bonding tools shall be provided by September 17, 2010. Sample bonding tools will be accompanied by an affidavit from Defendants attesting to complete production.

**It is ORDERED:**   Defendants Steven F. Reiber's and Mary L. Reiber's Motion to Amend the Scheduling Order, etc. [160] is **DENIED** for the reasons set forth on the record.


**Court in Recess: 10:23 a.m.**
Hearing concluded.
Total In-Court Time    00:50

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.