**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 08-cv-01133-KMT-CBS | FTR - Courtroom C-201 |
| **Date:** August 31, 2011 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| COORSTEK, INC., a Delaware corporation, | Nina Y. Wang |
| | Spencer B. Ross |
| Plaintiff, | Mr. Paul Cha appears with counsel |
| v. | |
| STEVEN F. REIBER, and | Christopher P. Grewe (by phone) |
| MARY L. REIBER, individuals, | Robert Y. Yorio (by phone) |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:48 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing called regarding CoorsTek's Expedited Motion to Compel Production of Communications Between Defendants' Experts [Doc. No. 215, filed August 16, 2011] and CoorsTek's Expedited Motion to Compel Production of Settlement Agreement Between Defendants and Dr. Robert Atkin and Related Documents [Doc. No. 217, filed August 23, 2011].

It is **ORDERED**: CoorsTek's Expedited Motion to Compel Production of Communications [215] is **GRANTED** for reasons stated on the record.

It is **ORDERED**: CoorsTek's Expedited Motion to Compel Production of Settlement Agreement [217] is **GRANTED** for reasons stated on the record, including the settlement agreement and all related documents. Privilege documents are NOT to be produced, as they are not discoverable.

It is **ORDERED**: Documents covered by this Order pertaining to Jed Greene will be produced by defendants on or before September 6, 2011 for the upcoming deposition of Mr. Greene.  Documents involving other

                    experts and the settlement agreement and related documents will be produced on or before September 13, 2011.

**Court in Recess: 11:44 a.m.**
Hearing concluded.
Total In-Court Time    00:56

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.