IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01133–KMT–CBS

COORSTEK, INC., a Delaware corporation,

    Plaintiff,

v.

STEVEN F. REIBER, and
MARY L. REIBER, individuals,

    Defendants.

---

## ORDER

---

    This matter is before the Court on the "Joint Motion for Dismissal Pursuant to Fed. R. Civ. P. 41" (Doc. No. 235, filed October 3, 2011).  It is

    **ORDERED** that this case be dismissed with prejudice.  Each side will bear its own costs and attorneys' fees, and the Court will retain jurisdiction to enforce the settlement agreement entered by and between CoorsTek and the Reibers.

    Dated this 3rd day of October, 2011.

BY THE COURT:

*[signature]*

Kathleen M. Tafoya
United States Magistrate Judge